UNITED STATES COURT OF APPEALS

JUN 13 2016

FOR THE NINTH CIRCUIT



|  |  |
|---|---|
| DIANA C. ANDERSON,<br><br>        Plaintiff - Appellant,<br><br>v.<br><br>SUN LIFE ASSURANCE OF CANADA, INC. And COMMUNITY HEALTH SYSTEMS INCORPORATED,<br><br>        Defendants - Appellees. | No. 13-17594<br><br>D.C. No. 4:12-cv-00145-CKJ<br>District of Arizona,<br>Tucson<br><br><br>ORDER |

Before: McKEOWN, WARDLAW, and TALLMAN, Circuit Judges.

Sun Life Assurance Company of Canada and Diana Anderson's joint motions to vacate the memorandum disposition dated April 6, 2016 and dismiss this action with prejudice are GRANTED. Each party shall bear its own costs and attorney's fees.

**IT IS SO ORDERED.**